

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00142-CV

Rolando R. Martinez, Lorri Martinez, and All Occupants
v.
Wells Fargo Bank, NA

On Appeal from the
County Court at Law No. 5 of Nueces County, Texas
Trial Cause No. 2014-CCV-60112-5

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be DISMISSED FOR WANT OF PROSECUTION. The Court orders the appeal DISMISSED FOR WANT OF PROSECUTION in accordance with its opinion.  No costs are assessed as appellants filed an affidavit of inability to pay costs.

We further order this decision certified below for observance.

September 11, 2014